UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**JOSHUA BLANCHARD,**

                Plaintiff,        Case No. 22-cv-539

                                          Hon. Robert J. Jonker
                                          United States District Judge

v.

                                          Hon. Phillip Green
                                          United States Magistrate Judge

**EXECUTIVE OFFICE FOR
UNITED STATES ATTORNEYS,**

                Defendant.

_____/

**NOTICE REGARDING ADMINISTRATIVE APPEAL**

        This Court held Plaintiff's motion to amend the complaint (ECF No. 14) in abeyance pending a decision by the Defendant of an administrative appeal. Order, ECF No. 20. A status conference is scheduled for March 14, 2023 where it is anticipated that the question of whether the Defendant has taken action on Plaintiff's administrative appeal will be addressed.

        On March 9, 2023, the Defendant resolved the appeal by affirming the prior action on the FOIA request which gives rise to the claims in the amended complaint. *See* Exhibit A.

1

|  |  |
|---|---|
|  | Respectfully Submitted,<br>**BLANCHARD LAW** |
| Dated: March 13, 2023 | <u>/s/ Joshua A. Blanchard</u><br>Joshua Blanchard<br>309 S. Lafayette St., Ste. 208<br>PO Box 938<br>Greenville, MI 48838<br>(616) 773-2945<br>josh@blanchard.law |