# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:22-cv-00539-RJJ | 3/14/2023 | 9:58 - 10:15 AM | Phillip J. Green |

## CASE CAPTION

Blanchard v. Executive Office for United States Attorneys

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Joshua Adam Blanchard | Plaintiff |
| Jeanne Frances Long | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:**

Status Conference Held; order to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema