UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA BLANCHARD,

    Plaintiff,

v.

File no: 1:22-cv-539

HON. ROBERT J. JONKER

EXECUTIVE OFFICE FOR
UNITED STATES ATTORNEYS,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 3, 2024 (ECF No. 43). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 43) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 33) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that Count 1 of Plaintiff's Amended Complaint is **DISMISSED.**

**IT IS FURTHER ORDERED** that Judgment shall enter in favor of Defendant as to Count II of the Amended Complaint.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**, except as to any post-judgment proceedings on attorney fees and costs within the time limits of FED. R. CIV. P. 54(d).

Dated: January 19, 2024           /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE